```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
_____
                                   :
SHAWN ARCHIE, SR.,                 :
                                   :
          Petitioner,              :   Civ. No. 20-7912 (NLH)
                                   :
     v.                            :   MEMORANDUM OPINION & ORDER
                                   :
                                   :
RICHARD T. SMITH,                  :
                                   :
          Respondent.              :
_____:
```

APPEARANCES:

Shawn Archie, Sr.
974313G
Southern State Correctional Facility
4295 Route 47
Delmont, NJ 08314

    Petitioner Pro se

Christine A. Hoffman, Gloucester County Prosecutor
Dana A. Anton, Acting Senior Assisting Prosecutor
Gloucester County Prosecutor's Office
Hunter & Euclid Streets
PO Box 623
Woodbury, NJ 08096

    Counsel for Respondent

HILLMAN, District Judge

    WHEREAS, Petitioner Shawn Archie, Sr. filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his pretrial detention in the Cumberland County Jail, see ECF No. 1.  He also moves for the appointment of counsel, ECF No. 8; and

WHEREAS, Respondent has informed the Court that Petitioner has pled guilty and been sentenced to state prison since he filed his § 2241 petition.  ECF No. 3-1.  He is currently detained in Southern State Correctional Facility, ECF No. 9; and

WHEREAS, Petitioner's habeas petition challenging his pretrial custody is rendered moot by his guilty plea and sentencing.  See, e.g., Williams v. New Jersey, No. 18-cv-14964, 2020 WL 3259223, at *2 (D.N.J. June 16, 2020) (state prisoner's guilty plea moots his § 2241 habeas petition challenging pretrial detention); and

WHEREAS, the Court cannot grant relief under § 2241 as Petitioner is now in custody pursuant to a state court judgment.  Any challenge to his current conditions would have to be filed under 28 U.S.C. § 2254 after Petitioner exhausted his state court remedies.  See McKnight v. United States, 27 F. Supp. 3d 575, 587 (D.N.J. 2014); and

WHEREAS, the request for counsel is likewise mooted,

THEREFORE, IT IS on this   8th    day of January, 2021

ORDERED that the petition and motion for counsel, ECF No. 8, are dismissed as moot; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail and mark this case closed.

At Camden, New Jersey
                         s/ Noel L. Hillman
                         NOEL L. HILLMAN, U.S.D.J.